**No. 11-7340. Terry Lee Papenfus, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.**

565 U.S. 1128, 132 S. Ct. 1041, 181 L. Ed. 2d 766, 2012 U.S. LEXIS 297.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7341. Antonio McReynolds, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1041, 181 L. Ed. 2d 766, 2012 U.S. LEXIS 48.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 772.

**No. 11-7349. Ralph Harris, Petitioner v. Illinois.**

565 U.S. 1128, 132 S. Ct. 1042, 181 L. Ed. 2d 766, 2012 U.S. LEXIS 12.

January 9, 2012. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 402 Ill. App. 3d 1186, 376 Ill. Dec. 786, 1 N.E.3d 119.

**No. 11-7352. Armando Gomez-Ortiz, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1042, 181 L. Ed. 2d 766, 2012 U.S. LEXIS 125.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 640 F.3d 412.

**No. 11-7354. Juan Marrero, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1042, 181 L. Ed. 2d 766, 2012 U.S. LEXIS 105.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 651 F.3d 453.

**No. 11-7355. Terry Darryl Kitchen, Jr., Petitioner v. Tom Felker, Warden.**

565 U.S. 1129, 132 S. Ct. 1042, 181 L. Ed. 2d 766, 2012 U.S. LEXIS 144.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 442 Fed. Appx. 318.

**No. 11-7356. Anthony Kizzee, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1042, 181 L. Ed. 2d 766, 2012 U.S. LEXIS 150.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 438 Fed. Appx. 355.